AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

Sutherland Global Services, Inc.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 12-CV-6439

v.

Adam Technologies International, SA DE C.V.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's petition to confirm the Arbitration Award is granted.  Defendants motion to vacate the award is denied.

Date: 10/30/2014                                MICHAEL J. ROEMER, CLERK

                                                By: s/Barbara Keenan
                                                        Deputy Clerk