AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of New York

SUTHERLAND GLOBAL SERVICES INC.
*Plaintiff*
v.
ADAM TECHNOLOGIES INTERNATIONAL S.A. de
*Defendant*

Case No. 6:12-cv-06439-MAT-MWP

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADAM TECHNOLOGIES INTERNATIONAL S.A. de C.V .

Date: 06/13/2016

*Attorney's signature*

L. Reid Skibell
*Printed name and bar number*

Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
*Address*

rskibell@sc-harris.com
*E-mail address*

(212) 785-5551
*Telephone number*

(212) 202-6206
*FAX number*